RuffiN, C. J.
 

 The game, which is the subject of the indictment is, probably, the same that is mentioned in
 
 Stat.
 
 IS
 
 Car. I,
 
 c. 7, under the name of “ Shovel board.” But that is only conjecture, as the members of the Court know nothing of either game ; and we should be altogether unable, without explanatory evidence, to judge of the character of that under consideration. But the jury have found it not to be a game of chance; and, if it be otherwise, the verdict does not set forth the mode of playing it, so as to enable the Court to see any contradiction in the verdict. Therefore it must be taken, that Shuffleboard is not a game of chance. That settles the question in favour of the defendants under this indictment and under the statute on which it is founded. For the act only makes the keeping of those public tables indictable, at which games of chance are played} and the indictment, properly following the act, charges that at this table “ games of chance were played.” The verdict then negatives the indictment, and takes the case out of the act; and there was no error in the judgment.
 

 Pur Curiam. Ordered to be certified accordingly.-